UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>CRYOMETRIX, INC., et al,<br><br>Defendants. | Case No.: C 10-0269 PVT<br><br>**INTERIM ORDER RE PLAINTIFF'S REQUEST FOR CONDITIONAL DISMISSAL; SETTING DEADLINE FOR PLAINTIFF TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"; AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On April 14, 2010, Plaintiff filed a request for a conditional dismissal.[1] Based on the request and the file herein,

IT IS HEREBY ORDERED that, no later than May 4, 2010, Plaintiff shall submit a revised form of conditional dismissal that sets forth a reasonable deadline for Plaintiff to request reactivation of this action in the event the terms of the settlement agreement are not met. Absent such a time limit, Plaintiff could impermissibly extend the statute of limitations indefinitely. *See, e.g., Brennan v. Kulick*, 407 F.3d 603, 607 (3d Cir. 2005).

IT IS FURTHER ORDERED that, no later than May 4, 2010, Plaintiff shall file either a

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed
2  Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available
3  from the clerk of the court, or from the "Forms" section of the court's website
4  (www.cand.uscourts.gov).
5     IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to
6  May 25, 2010.
7  Dated: *4/20/10*

8                                              PATRICIA V. TRUMBULL
                                               United States Magistrate Judge