UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>  Plaintiff,<br><br>  v.<br><br>CRYOMETRIX, INC., et al,<br><br>  Defendants. | Case No.: C 10-0269 PVT<br><br>**ORDER FOR CONDITIONAL DISMISSAL** |

On April 29, 2010, Plaintiff filed an Amended Request for Conditional Dismissal.[1] Based on the request and the file herein,

IT IS HEREBY ORDERED that, this action is DISMISSED with prejudice, subject to the condition that the action may be reopened on or before July 1, 2011, for the purpose of enforcing a Settlement Agreement executed by the parties. If the case is not reopened by July 1, 2011, this dismissal shall become a final and appealable order on July 2, 2011.

Dated: *4/30/10*

　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*